```
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA

                              CASE NO. 10-20101-CIV-GOLD
                              MAGISTRATE JUDGE P.A. WHITE
```

DOUGLAS MARSHALL,               :

    Petitioner,             :

v.                              :      <u>REPORT OF MAGISTRATE</u>
                                                                     <u>JUDGE</u>
FLORIDA DEPT. OF                       (DE#86)
CORRECTIONS, et al              :

    Respondents.            :
_____

    This Cause is before the Court upon a <u>pro-se</u> Petition for Writ of Prohibition filed by Douglas Marshal (DE#86). The Motion was referred to the Undersigned Magistrate Judge pursuant to 28 U.S.C. §636 (b)(1).

    The petitioner filed a civil rights case pursuant to 42 U.S.C. §1983, pending before this Court. In this Writ of Prohibition he challenges the jurisdiction of the United States District Court.

    A Writ of Prohibition is a drastic remedy which should be granted only when the petitioner's right to the requested relief is undisputable, <u>In re Quintine Earl Whitehead</u>, 3 Fed Appx 189, 2001 WL 193611 (C.A.4), citing to <u>In re Vargas</u>, 723 F.2d 1461 (10th Cir 1983), and should be granted only when the petitioner has no other adequate means of relief.

    The petitioner's argument, that he a private corporation, and not subject to the jurisdiction of the Court, has been raised before. In Case No. 10-20220-Civ-Ungaro the petitioner, filing together with Cedric Arnez, claimed to be a follower of "Almighty Yahweh", and was not to be considered a United States Citizen or

Resident. He claimed to be a sovereign entity and not subject to the laws of this County, nor had he contracted to obey the laws. He claimed to be governed by the Uniform Commercial Code which permitted him to be released. The case was dismissed for failure to state a claim.

In case no. 08-14056-Civ-Martinez, Marshall filed a motion for injunctive relief claiming that he is a "sovereign/ambassador" being unlawfully detained, and that therefore the United States Supreme Court has original jurisdiction of this matter. Marshall, who referred to himself as "Douglas-Marshall of the Jackson family," claimed to be a secured party creditor, sovereign American/ambassador, record owner, holder in due course, authorized representative, and attorney in fact of Douglas Marshall Jackson, a copyrighted name. According to the petitioner, the copyrighted Douglas Marshall Jackson is a "strawman/entity/fiction/ ens legis," while Douglas-Marshall of the Jackson family is a "flesh and blood, living, breathing man, separate and apart from the fictitious strawman/entity" copyrighted Douglas Marshall Jackson.

It was explained that this attempt at separating himself from the jurisdiction of the court is known as the theory of "redemption." "Redemption" is an anti-government scheme that utilizes commercial law to harass and terrorize its targets. It is increasingly popular among prison populations, and in some cases prisoners have been criminally prosecuted for these actions.

In this Writ of Prohibition, Marshall once again attempts to separate his person from the jurisdiction of this Court. He refers to himself, as he has in the past, as an "Ambassador/Diplomat" with complete sovereign immunity, not subject to the laws or statutes of the Court. He emphasizes that he is responsible only to "Yahweh"

and not the United States District Court which is a "federal corporation".

There is no legal basis for granting this extraordinary relief, and it is therefore recommended that this Petition for Writ of Prohibition be denied. (DE#86).

Objections to this Report may be filed with the District Judge within fourteen days following receipt.

Dated this 27th day of October, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Douglas Marshall, <u>Pro Se</u>
    DC#823916
    Everglades CI
    Address of record

    Kiernan Moylan, AAG
    Office of the Attorney General
    Ft Lauderdale, FL
    Address of record