```
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA

                              CASE NO. 10-20101-CIV-GOLD
                              MAGISTRATE JUDGE P. A. WHITE
DOUGLAS MARSHALL,         :

      Plaintiff,          :

v.                        :        REPORT OF
                                 MAGISTRATE JUDGE
FLORIDA DEPT OF CORRECTIONS        (de#127 & 128)
et al.,                   :

      Defendants.         :
_____
```

This is a *pro se* civil rights complaint filed pursuant to 42 U.S.C. §1983. The plaintiff filed an Emergency Petition for Court Ordered Approval to Purchase Kosher Food for Passover (DE#127/128). A response was ordered from the defendants.

The defendants have filed a response in opposition stating that the petition is moot as Jewish inmates may order kosher meal packages at the cost of $27.50 each for Passover. Included with the defendants' response is the Affidavit of Alex Taylor (Exhibit A), Chaplaincy Services Administrator of the Florida Department of Corrections, indicating that kosher meals may be purchased for Passover and that Order Forms are posted at all facilities.

It is therefore recommended that the plaintiff's Emergency Petitions (DE#127/128) be denied as moot.

Objections to this report may be filed with the District Judge within fourteen days of receipt of a copy of the report.

Dated at Miami, Florida this 27th day of March, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

cc:  Douglas Marshall, Pro Se
     #823916
     Everglades CI
     Address of Record

     Kiernan Moylan, AAG
     Office of Attorney General
     Ft. Lauderdale, FL